# UNITED STATES DISTRICT COURT
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER FREDRICKSON, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FINCANTIERI MARINE GROUP, LLC,<br><br>　　　　　Defendant. | Case No. 1:24-cv-00367-TSC |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Christopher Fredrickson, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Fincantieri Marine Group, LLC without prejudice.

Dated: May 2, 2024　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　 /s/ David K. Lietz
　　　　　　　　　　　　　　　　　　　　David K. Lietz
　　　　　　　　　　　　　　　　　　　　**MILBERG COLEMAN BRYSON**
　　　　　　　　　　　　　　　　　　　　**PHILLIPS GROSSMAN, PLLC**
　　　　　　　　　　　　　　　　　　　　5335 Wisconsin Ave., NW, Suite 440
　　　　　　　　　　　　　　　　　　　　Washington, DC 20015
　　　　　　　　　　　　　　　　　　　　Phone: 866.252.0878
　　　　　　　　　　　　　　　　　　　　dlietz@milberg.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 2, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

 */s/ David K. Lietz*
David K. Lietz
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Ave., NW, Suite 440
Washington, DC 20015
Phone: 866.252.0878
dlietz@milberg.com